JOHN MURPHY, Respondent, *v.* EDWARD CUFF, Appellant.

*Murphy* v. *Cuff*, 100 App. Div. 513, affirmed.
(Argued February 9, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1905, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*John N. Carlisle* for appellant.

*F. B. Pitcher* and *George A. Lawyer* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.